UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JOSE AVILA, *on behalf of himself,*
*FLSA Collective Plaintiffs, and the Class,*

        Plaintiff,

v.

G A V REST. CORP.,
    d//b/a GOOD EATS DINER,
JOHN KOLOMBOS,
GEORGE KOLOMBOS, and
MARIA KOLOMBOS,

        Defendants.

Case No.: 1:22-cv-02518 (ENV)

**NOTICE OF ACCEPTANCE**
**OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff JOSE AVILA ("Plaintiff") hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated June 7, 2022 and annexed hereto as **Exhibit A**.

Dated: June 16, 2022

Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2022, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendant John Kolombos, on behalf of all Defendants in this matter:

John Kolombos,
George Kolombos, and
Maria Kolombos
Defendants
69-32 Grand Ave
Queens, New York 11378
(646) 526-0252

By: _____
C.K. Lee, Esq.