UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JOSE AVILA, *on behalf of himself,*
*FLSA Collective Plaintiffs, and the Class,*

        Plaintiff,

v.

G A V REST. CORP.,
       d//b/a GOOD EATS DINER,
JOHN KOLOMBOS,
GEORGE KOLOMBOS, and
MARIA KOLOMBOS,

        Defendants.

Case No.: 1:22-cv-02518 (ENV)

**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants G A V REST. CORP. d/b/a GOOD EATS DINER, JOHN KOLOMBOS, GEORGE KOLOMBOS, and MARIA KOLOMBOS (collectively, "Defendants") having offered to allow Plaintiff JOSE AVILA ("Plaintiff") to take a judgment against them, in the sum of Fifteen Thousand Dollars and No Cents ($15,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated June 7, 2022 and filed as Exhibit A to Docket Number 12;

**WHEREAS**, on June 16, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 12);

It is **ORDERED and ADJUDGED** that judgment is entered in favor of Plaintiff JOSE AVILA, in the sum of Fifteen Thousand Dollars and No Cents ($15,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated June 7, 2022 and filed as Exhibit A to Docket Number 12.

                                                                         BRENNA B. MAHONEY
                                                                         Clerk of Court

Dated: June 17, 2022
      Brooklyn, New York              by: _____*Jalitza Poveda*_____
                                                                              Deputy Clerk